# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BALTAZÁR AGUIRRE HERAS,

        Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, FNU GUZMAN, JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3,

        Defendants.

NO. 1:16-cv-00600-KG-SCY

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

The Court, having considered Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (Doc. 20), and for good cause shown,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint is GRANTED. Defendants shall respond to Plaintiff's Second Amended Complaint on or before July 10, 2017.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

*/s/ Jacob B. Lee*
DANIEL P. STRUCK
CHRISTINA RETTS
JACOB B. LEE
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Tel: (480) 420-1600
Fax: (480) 420-1696
dstruck@swlfirm.com
cretts@swlfirm.com
jlee@swlfirm.com

DEBORAH D. WELLS
DEBRA J. MOULTON
KENNEDY, MOULTON & WELLS, P.C.
2201 San Pedro NE, Bldg. 3, Suite 200
Albuquerque, New Mexico 87110
Tel: (505) 884-7887
Fax: (505) 884-7123
ddwells@kmwpc.com
dmoulton@kmwpc.com

*Attorneys for CoreCivic Defendants*


*/s/ Mark Fine (w/ permission)*
MARK FINE
FINE LAW FIRM
220 Ninth Street, NW
Albuquerque, NM 87101
Tel: (505) 243-4541
Fax: (505) 242-271617-3100
finemark@gmail.com

*Attorneys for Plaintiff*