**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

BALTAZÁR AGUIRRE HERAS,

      Plaintiff,

      v.                       No. 1:16-cv-00600-KG-SCY

FNU GUZMAN, et. al,

      Defendants

## ORDER

THIS MATTER having come before the Court on Attorney Mark Fine's *Motion to Withdraw from Representation* (Doc. 38), and there being good cause shown, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Attorney Mark Fine is allowed to withdraw from representation of Plaintiff and no longer acts as his attorney in this matter.

IT IS SO ORDERED.

                                      _____

                                        UNITED STATES DISTRICT COURT

Submitted by:

*/s/ Mark Fine*
Mark Fine
FINE LAW FIRM
220 Ninth St. NW
Albuquerque, NM 87102
Ph. (505) 243-4541