IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BALTAZÁR AGUIRRE HERAS,

    Plaintiff,

v.            No. 1:16-cv-00600-KG-SCY

FNU GUZMAN, et al.,

    Defendants.

## ORDER

THIS MATTER having come before the Court on Attorney Charlotte Itoh's *Motion to Withdraw from Representation* (Doc.43), and there being good cause shown, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Attorney Charlotte L. Itoh is allowed to withdraw from representation of Plaintiff and no longer acts as his attorney in this matter.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Charlotte L. Itoh*
Charlotte L. Itoh
Fine Law Firm
220 Ninth Street NW
Albuquerque, New Mexico 87102
Tel: (505) 243-4541