IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BALTAZAR AGUIRRE HERAS,

    Plaintiff,

vs.   Civ. No. 16-600 KG/SCY

CORRECTIONS CORPORATION OF
AMERICA, FNU GUZMAN, JOHN DOE
1, JOHN DOE 2, and JOHN DOE 3,

    Defendants.

## FINAL SUMMARY JUDGMENT AND ORDER OF DISMISSAL

Having granted Defendants' Motion for Summary Judgment (Doc. 40) and having *sua sponte* dismissed Plaintiff's claims against two John Doe Defendants by entering a Memorandum Opinion and Order contemporaneously with this Final Summary Judgment and Order of Dismissal,

IT IS ORDERED that

1. summary judgment is entered in favor of CoreCivic,[1] G. Guzman, and M. Devargas;

2. Plaintiff's claims against CoreCivic, G. Guzman, and M. Devargas are dismissed with prejudice; and

3. Plaintiff's claims against the remaining two John Doe Defendants are dismissed with prejudice;

4. this lawsuit is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE

---

[1] CoreCivic was formerly known as Corrections Corporation of America. (Doc. 40) at 1 n.1.